**Shawnell LAWSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63685.**

Missouri Court of Appeals, Western District.

March 29, 2005.

Craig A. Johnston, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: LOWENSTEIN, P.J., BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

Following his conviction for murder in the first degree, Section 565.020 RSMo 2000, and armed criminal action, Section

571.015 RSMo 2000, Shawnell Lawson filed a Rule 29.15 motion for post-conviction relief, alleging ineffective assistance of trial counsel. The trial court denied the motion after an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).